[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13251

Non-Argument Calendar

_____

FEDNERT ORISNORD,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:16-cv-60996-WPD

_____

Before LAGOA, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

Fednert Orisnord, *pro se*, appeals the district court's dismissal for lack of jurisdiction of his Fed. R. Civ. P. 59(e) motion to correct. Rather than addressing the district court's decision, Orisnord makes the same arguments that he made below, which the court did not address. We affirm.

We review *de novo* the district court's dismissal of a motion to vacate, set aside, or correct sentence as "second or successive." *McIver v. United States*, 307 F.3d 1327, 1329 (11th Cir. 2002). Under Fed. R. Civ. P. 59(e), a motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment. While we liberally construe *pro se* briefs, issues not briefed on appeal by a *pro se* litigant are deemed abandoned. *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008).

Here, liberally construing his brief, Orisnord has abandoned any challenge to the district court's order dismissing his motion for lack of jurisdiction by not presenting any arguments about that order. Accordingly, we affirm.

AFFIRMED.